IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ProPac, Inc., | Civil Action No. 2:20-cv-3792-RMG |
| Plaintiff, | |
| v. | **ORDER AND OPINION** |
| $5,219,224.20 U.S. Dollars Deposited to the Account of Medical Biowaste Solutions Inc., *In Rem*, Medical Biowaste Solutions, Inc., and Atlantic Group USA, Inc., *In Personam*, | |
| Defendants. | |

This matter comes before the Court on a joint "request" of the parties to vacate all prior orders previously issued in this case (Dkt. No. 85), including the Court's grant of a preliminary injunction. (Dkt. No. 42). The parties have informed the Court that the mediated settlement in this matter has been consummated and a Rule 41 request for dismissal will be filed. (Dkt. No. 85 at 2). While the Court is pleased that the parties have been able to resolve their differences and are prepared to dismiss this action, the vacating of the orders of a federal court is not a bargaining chip to be negotiated in the settlement of a case by the parties. The "request" that the Court vacate is prior rulings in this matter is **DENIED**.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

May 14, 2021
Charleston, South Carolina